**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ANDREW L. MEEKS, II,              )      3:10-cv-00474-HDM-VPC
                                  )
            Plaintiff,            )
                                  )
vs.                               )      ORDER
                                  )
E. PETERMAN, et al.,              )
                                  )
            Defendants.           )
_____)

    The court has considered the report and recommendation of the United States Magistrate Judge (#29) filed on May 11, 2011, in which the magistrate judge recommends that this court enter an order granting defendants' motion to dismiss (#11). The court has also considered the plaintiff's objections to the report and recommendation (#31) filed May 26, 2011 and the defendants' opposition to plaintiff's objections (#32) filed June 6, 2011.

    The gravamen of plaintiff's complaint is that he was denied his First Amendment right of access to the courts. He alleges that while he was able to file a petition for rehearing *en banc* pursuant

1

to Federal Rule of Appellate Procedure 35, he was unable to file a petition for a panel rehearing pursuant to Federal Rule of Appellate Procedure 40, he was unable to file a writ of certiorari to the United States Supreme Court, and he was unable to petition in "State/Federal District Court to show 'actual innocence'" after the alleged destruction of his legal files.  The defendants filed a motion to dismiss plaintiff's complaint for failure to state a claim upon which relief may be granted because the plaintiff was unable to show actual injury.  The report and recommendation states that plaintiff does not have a constitutional right of access to the courts to appeal the denial of his *habeas* petition, the Ninth Circuit did not grant plaintiff leave to file a second *habeas* petition, and the plaintiff has failed to allege an actual injury required to state an access to courts claim.

    The court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby ADOPTS AND ACCEPTS the report and recommendation of the United States Magistrate Judge (#29). Accordingly, the defendants' motion to dismiss (#11) is GRANTED.

    DATED: This 15th day of June, 2011.

*Howard D. McKibben*
UNITED STATES DISTRICT JUDGE

2