UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| ANDREW L. MEEKS, II, | ) | 3:10-cv-00474-HDM-VPC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| E. PETERMAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

On May 11, 2011, the magistrate judge entered a report and recommendation (#30) granting the defendants' motion to dismiss (#11). Plaintiff objected to the report and recommendation on May 26, 2011 (#31). The defendants' opposed plaintiff's objections on June 6, 2011 (#32). On June 15, 2011, this court entered an order adopting the magistrate judge's report and recommendation (#33).

On June 20, 2011, plaintiff filed a motion to strike the defendants' opposition to his objections to the magistrate judge's report and recommendation (#34). Defendants' opposed the motion to strike on June 22, 2011 (#35). Defendants argue the motion to

1

1  strike is moot because the court had already adopted the magistrate
2  judge's report and recommendation.  Plaintiff did not reply.
3       On July 13, 2011, plaintiff appealed this court's order
4  adopting the magistrate's report and recommendation(#36).  On
5  August 10, 2011, plaintiff's appeal was dismissed for lack of
6  jurisdiction (#39).  The mandate was filed on September 1, 2011
7  (#40).  This court's order on the mandate was filed on September 6,
8  2011 (#41).
9       The court having jurisdiction over this action again hereby
10 DENIES plaintiff's motion to strike (#34) as moot having already
11 adopted the magistrate judge's report and recommendation when the
12 motion to strike was filed.
13      IT IS SO ORDERED.
14      DATED: This 12th day of September, 2011.

_____
UNITED STATES DISTRICT JUDGE