UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

```
ANDREW L. MEEKS, II,              )    3:10-cv-00474-HDM-VPC
                                  )
            Plaintiff,            )
                                  )
vs.                               )    ORDER
                                  )
E. PETERMAN, et al.,              )
                                  )
            Defendants.           )
_____)
```

On May 11, 2011, the magistrate judge entered a report and recommendation (#30) granting the defendants' motion to dismiss (#11). Plaintiff objected to the report and recommendation on May 26, 2011 (#31). The defendants' opposed plaintiff's objections on June 6, 2011 (#32). On June 15, 2011, this court entered an order adopting the magistrate judge's report and recommendation (#33).

On June 20, 2011, plaintiff filed a motion to strike the defendants' opposition to his objections to the magistrate judge's report and recommendation (#34). Defendants' opposed the motion to strike on June 22, 2011 (#35). Defendants argue the motion to

1

strike is moot because the court had already adopted the magistrate judge's report and recommendation.  Plaintiff did not reply.

On July 13, 2011, plaintiff appealed this court's order adopting the magistrate's report and recommendation(#36).  On August 10, 2011, plaintiff's appeal was dismissed for lack of jurisdiction (#39).  The mandate was filed on September 1, 2011 (#40).  This court's order on the mandate was filed on September 6, 2011 (#41).

The court having jurisdiction over this action again hereby DENIES plaintiff's motion to strike (#34) as moot having already adopted the magistrate judge's report and recommendation when the motion to strike was filed.

IT IS SO ORDERED.

DATED: This 12th day of September, 2011.

_____
UNITED STATES DISTRICT JUDGE