**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

```
ANDREW MEEKS,                     )    3:10-cv-00474-HDM-VPC
                                  )
          Plaintiff,              )
                                  )
vs.                               )    ORDER
                                  )
EDWARD PETERMAN, et al.,          )
                                  )
          Defendants.             )
_____)
```

Before the court is the report and recommendation of the United States Magistrate Judge (#64), filed on June 18, 2012. In the report and recommendation, the magistrate judge recommends that this court enter an order granting the defendant's motion dismiss (#58). Plaintiff objected (#65) and defendant responded (#66).

The court has considered the pleadings and memoranda of the parties and other relevant matters of record. It has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law. Based on this review, the court

1

hereby accepts and adopts the report and recommendation of the magistrate judge.  Accordingly, the defendant's motion to dismiss (#58) is **GRANTED.**

**IT IS SO ORDERED.**

DATED: This 7th day of September, 2012.

_____
UNITED STATES DISTRICT JUDGE