1
2
3
4
5
6
7
8
9
10
11        **UNITED STATES DISTRICT COURT**
12            **DISTRICT OF NEVADA**
13
14 ANDREW MEEKS,                    )    3:10-cv-00474-HDM-VPC
                                    )
15           Plaintiff,             )
                                    )
16 vs.                              )    ORDER
                                    )
17 EDWARD PETERMAN, et al.,         )
                                    )
18           Defendants.            )
   _____)
19
20     Before the court is the report and recommendation of the
21 United States Magistrate Judge (#64), filed on June 18, 2012.  In
22 the report and recommendation, the magistrate judge recommends that
23 this court enter an order granting the defendant's motion dismiss
24 (#58).  Plaintiff objected (#65) and defendant responded (#66).
25     The court has considered the pleadings and memoranda of the
26 parties and other relevant matters of record.  It has made a review
27 and determination in accordance with the requirements of 28 U.S.C.
28 § 636 and applicable case law.  Based on this review, the court

1

hereby accepts and adopts the report and recommendation of the magistrate judge.  Accordingly, the defendant's motion to dismiss (#58) is **GRANTED.**

**IT IS SO ORDERED.**

DATED: This 7th day of September, 2012.

_____
UNITED STATES DISTRICT JUDGE